UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  CHAPTER 13
MARSHALL FRANKLIN FISHER  CASE NO. 14-44913-MAR
DEBTOR  JUDGE: MARK A RANDON
_____

NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The Trustee's check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| CREDITOR OR DEBTOR NAME AND ACCOUNT NUMBER | COURT CLAIM # | CLASS | AMOUNT |
|---|---|---|---|
| MARSHALL FRANKLIN FISHER<br>28237 SPRING HILL DRIVE<br>SOUTHFIELD, MI 48076 | NA | DEBTOR REFUND | $5291.52 |
| TOTAL | | | $5291.52 |

Dated: MARCH 8, 2017

/S/Krispen S. Carroll
KRISPEN S. CARROLL (P49817)
Chapter 13 Trustee
719 Griswold Street, Ste. 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com