UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
Marshall Franklin Fisher

Case No. 14-44913-MAR
Chapter 13

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

    An Application for Payment from Unclaimed Funds was filed by Thomas F. Maher on January 17, 2023. The Court's website contains instructions for completing an application and affidavit for payment of unclaimed funds. Because the application in this case does not contain proper documentation required by those instructions, therefore,

    **IT IS ORDERED** that the Application for Payment of Unclaimed Funds filed by Thomas F. Maher on January 17, 2023 is hereby **DENIED**.

**Signed on March 21, 2023**

/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**